# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| COUNTY OF ORANGE, a California public entity,<br><br>        Plaintiff,<br><br>    v.<br><br>GREAT LAKES REINSURANCE (UK) PLC, a public limited company,<br><br>        Defendant. | CASE NO. 8:12-cv-01615-BRO(FFMx)<br><br>**ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Assigned to Hon. Beverly Reid O'Connell<br>Courtroom No. 14<br><br>Action Filed:    09/25/12 |

Based on the stipulation of the parties filed on August 1, 2014 and GOOD CAUSE appearing therefore,

**IT IS HEREBY ORDERED** that the above-captioned action is dismissed *with prejudice* in its entirety.  Each party to bear their own fees and costs.

    **IT IS SO ORDERED.**

**IT IS SO ORDERED.**

Dated:  October 6, 2014

_____
HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT COURT JUDGE